IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY STEWART, on behalf of himself and others similarly situated, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 12-4993 |
| WORLD COMMUNICATIONS CHARTER SCHOOL, | : : | |
| Defendant. | : | |

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

**AND NOW**, this 5th day of March, 2013, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement ("Motion") and all accompanying papers, including the Class Action Settlement Agreement ("Agreement"), the Declaration of Mark Gottesfeld, and the Memorandum of Law, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, and the settlement of this class action is **PRELIMINARILY APPROVED**.

2. For the purposes of settlement only, the Court finds that Plaintiff has satisfied the class action requisites set forth in Federal Rule of Civil Procedure 23(a)-(b), and, therefore, certifies the following class:

> All individuals employed by World Communications Charter School who, during any workweek since August 28, 2008 worked in excess of 40 hours and did not receive overtime premium compensation for such work hours.

The Class Members are identified in Exhibit A of the Agreement.

3. The Court appoints Plaintiff Gregory Stewart to serve as the class representative.

4. The Court appoints Winebrake & Santillo, LLC to serve as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

5. The Class Action Settlement Notice ("Notice") attached to the Agreement as Exhibit B and the notice protocols described in Paragraph 7 of the Agreement are approved pursuant to Federal Rule of Civil Procedure 23(c)(2)(B). The parties are directed to strictly follow the agreed-upon protocols.

6. Class Members who wish to object to the settlement must follow the procedures described in Section 10 of the Notice, and Class Members who wish to exclude themselves from the settlement must follow the procedures described in Section 8 of the Notice. As will be explained in the Notice, all objections and exclusions must be postmarked on or before the date arising 45 days after the entry of this Order.

7. Pursuant to Federal Rule of Civil Procedure 23(e), a **HEARING** addressing final approval of the settlement, which shall include an assessment of the Class Counsel's requested attorney's fees and expenses, shall be held at the United States Courthouse, 601 Market Street, Philadelphia, PA on <u>Tuesday, April 9, 2013 at 4:00 p.m. in Courtroom 14A</u>.

8. At least fourteen (14) days prior to the final approval hearing, Class Counsel shall file all papers in support of final approval of the settlement and the requested attorney's fees/expenses.

9. All proceedings in this action are hereby STAYED pending the hearing on final approval of the Agreement.

**IT IS SO ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.