### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY STEWART, on behalf of | : | CIVIL ACTION |
| himself and others similarly situated, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  12-4993 |
| | : | |
| WORLD COMMUNICATIONS | : | |
| CHARTER SCHOOL | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 30th day of April, 2013, it is hereby **ORDERED** that Plaintiff's

Motion for Final Approval of the Class Action Settlement (Docket No. 13) is **DENIED** without

prejudice to refiling with the proper title (Motion for Preliminary Approval) and appropriate

order setting the date and time for a final hearing.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.