IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY STEWART, on behalf of himself and others similarly situated, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 12-4993 |
| WORLD COMMUNICATIONS CHARTER SCHOOL | : : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2013, it is hereby **ORDERED** that this court's order of May 1, 2013 is **VACATED**. The hearing addressing final approval of the settlement remains as scheduled for May 8, 2013 at 4:00 p.m. in Courtroom 14A.

BY THE COURT:

*Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.